O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER RICARDO BETANCOURT, | ) | CASE NO. ED CV 08-01076 DOC (RZ) |
| Petitioner, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| A. HEDGPETH, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Petitioner has not filed any written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.


DATED: August 27, 2010




_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE