**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER RICARDO BETANCOURT, ) | CASE NO. ED CV 08-01076 DOC (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| A. HEDGPETH, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of JAVIER RICARDO BETANCOURT, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 27, 2010

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE